UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Monica Outlaw, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12954-DRH-PMF |
| *Christina Craig, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10531-DRH-PMF |

**ORDER STRIKING JUDGMENT**

**HERNDON, District Judge**:

This matter is before the Court for case management. The Court hereby strikes the judgments entered in the above captioned cases on April 28, 2015. Although all plaintiffs in the above captioned cases have now been dismissed, one plaintiff in each of the above captioned cases was dismissed *without* prejudice. Accordingly, judgment was entered in error. The Court therefore ORDERS as follows:

The judgments entered in the above captioned cases are STRICKEN. The Court acknowledges the stipulations of dismissal filed in the above captioned cases on April 27, 2015 and dismisses the identified plaintiffs. FURTHER, as all other plaintiffs have previously been dismissed, the above captioned matters are

dismissed in their entirety.

**IT IS SO ORDERED.**

Signed this 29th day of April, 2015.

Digitally signed by
David R. Herndon
Date: 2015.04.29
13:10:16 -05'00'

**United States District Judge**

2